# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-1385
_____

United States of America

Plaintiff - Appellee

v.

Jason Barnwell

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:11-cr-00062-BRW-1)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 02, 2012

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 02, 2012

Misty Wilson Borkowski
JAMES & CARTER
500 Broadway
Suite 400
Little Rock, AR  72201

     RE:  12-1385  United States v. Jason Barnwell

Dear Counsel:

     Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                                         Michael E. Gans
                                         Clerk of Court

DMW

Enclosure(s)

cc:     Mr. Jason Barnwell
          Ms. Cindy Chung
          Mr. Dennis John Dimsey
          Ms. Jane Duke
          Mr. Henry Leventis
          Mr. Jim McCormack
          Mr. Christopher Chen-Hsin Wang
          Mr. John Ray White

     District Court/Agency Case Number(s):   4:11-cr-00062-BRW-1



12-1385 United States v. Jason Barnwell "judgment filed sua sponte dismiss case voluntarily" (4:11-cr-00062-BRW-1)
8cc-cmecf-nda
to:
04/02/2012 02:36 PM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/02/2012

| | |
|---|---|
| **Case Name:** | United States v. Jason Barnwell |
| **Case Number:** | 12-1385 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Appellant's motion to dismiss the appeal is granted. The case is hereby dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure [3896483-2]. --Apr 2012 [3896626] [12-1385] (Danialle Walton)

**Notice will be electronically mailed to:**

Misty Wilson Borkowski: mborkowski@jamescarterlaw.com
Ms. Cindy Chung: cindy.chung@usdoj.gov
Mr. Dennis John Dimsey: dennis.j.dimsey@usdoj.gov
Ms. Jane Duke, Assistant U.S. Attorney: Jane.Duke@usdoj.gov, heather.cumper@usdoj.gov
Mr. Henry Leventis, Trial Attorney: henry.leventis@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Christopher Chen-Hsin Wang: Chris.Wang@usdoj.gov, kali.schellenberg@usdoj.gov
Mr. John Ray White, Assistant U.S. Attorney: john.white2@usdoj.gov, Heather.Cumper@usdoj.gov, Paulette.Chappelle@usdoj.gov


**Notice will be mailed to:**

Mr. Jason Barnwell
FEDERAL TRANSFER CENTER
P.O. Box 898801
Oklahoma City, OK 73189-8801

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/dwalton_121385_3896626_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/02/2012] [FileNumber=3896626-0]
[bf46b6dece7ecb3a4de32f8ac4c16a894d210aa1f8df4e7af9dc730e5d8d0c19b19abdfdfbf4ca90a49a539924257110cbb9beba6038ca5cc0309aaca046227d]]
**Recipients:**

- Mr. Jason Barnwell
- Misty Wilson Borkowski
- Ms. Cindy Chung
- Mr. Dennis John Dimsey
- Ms. Jane Duke, Assistant U.S. Attorney
- Mr. Henry Leventis, Trial Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Christopher Chen-Hsin Wang
- Mr. John Ray White, Assistant U.S. Attorney

**Document Description:** Judgment: Clerk Directed
**Original Filename:** /opt/ACECF/live/forms/dwalton_121385_3896626_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/02/2012] [FileNumber=3896626-1]
[2e7f6f0efdee3771ac3b294df71dcb45fd19a1784f369584fa7d445ac6b72c853d5a20a8cb4d6fc8e22024a57d1332970c09d4b1d05f612bd15a55b3bebd0cb5]]
**Recipients:**

- Mr. Jason Barnwell
- Misty Wilson Borkowski
- Ms. Cindy Chung
- Mr. Dennis John Dimsey
- Ms. Jane Duke, Assistant U.S. Attorney
- Mr. Henry Leventis, Trial Attorney

- [Mr. Jim McCormack, Clerk of Court](#)
- [Mr. Christopher Chen-Hsin Wang](#)
- [Mr. John Ray White, Assistant U.S. Attorney](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3896626
**RELIEF(S) DOCKETED:**
  dismiss case voluntarily
  dismiss case
**DOCKET PART(S) ADDED:** 4586633, 4586634, 4586344, 4586635